1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorney for Defendant
   THOMAS DRUMM

9                IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,    )  No. CR-S-06-0379 LKK
                                 )
13                Plaintiff,     )  ORDER AFTER HEARING
                                 )
14       v.                      )
                                 )
15  THOMAS DRUMM,                )
                                 )
16                Defendant.     )
    _____)

18       This matter came on for Status Conference on October 3, 2006, in
19  the courtroom of the Honorable Lawrence K. Karlton.  Assistant United
20  States Attorney Steven Lapham appeared on behalf of plaintiff the
21  United States of America.  Supervising Assistant Federal Defender Mary
22  M. French appeared on behalf of defendant THOMAS DRUMM.  A further
23  status conference date of October 31, 2006, at 9:30 a.m. was set.
24       Accordingly, the parties agreed to exclude time from calculation
25  under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv)
26  and Local Code T4, for preparation of counsel, from October 3, 2006, up
27  to and including October 31, 2006.
28       Good cause appearing therefor,

1       IT IS ORDERED that a further status conference in this matter will
2  be held on October 31, 2006, at 9:30 a.m.
3       IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
4  (iv) and Local Code T4, the period from October 3, 2006, up to and
5  including October 31, 2006, is excluded from the time computations
6  required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated:   October 13, 2006

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```