```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    THOMAS DRUMM
 7

 8

 9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,       )  No. CR-S-06-0379 LKK
                                    )
13               Plaintiff,         )  ORDER AFTER HEARING
                                    )
14      v.                          )
                                    )
15  THOMAS DRUMM,                   )
                                    )
16               Defendant.         )
    _____ )
17
```

18      This matter came on for Status Conference on November 7, 2006, in
19  the courtroom of the Honorable Lawrence K. Karlton.  Assistant United
20  States Attorney Steven Lapham appeared on behalf of plaintiff the
21  United States of America.  Supervising Assistant Federal Defender Mary
22  M. French appeared on behalf of defendant THOMAS DRUMM.  After hearing
23  from the parties, a further hearing was set for December 5, 2006, at
24  9:30 a.m.
25      Accordingly, the parties agreed to exclude time from calculation
26  under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv)
27  and Local Code T4, for preparation of counsel, from November 7, 2006,
28  up to and including December 5, 2006.

1      Good cause appearing therefor,

2      IT IS ORDERED that a further hearing in this matter will be held
3 on December 5, 2006, at 9:30 a.m.

4      IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
5 (iv) and Local Code T4, the period from November 7, 2006, up to and
6 including December 5, 2006, is excluded from the time computations
7 required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated:  November 13, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order After Hearing                    2