1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   THOMAS DRUMM
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,       ) No. CR-S-06-0379 LKK
                                   )
13              Plaintiff,         ) STIPULATION AND ORDER CONTINUING
                                   ) STATUS CONFERENCE
14       v.                        )
                                   )
15 THOMAS DRUMM,                   ) Date:  January 9, 2007
                                   ) Time:  9:30 a.m.
16              Defendant.         ) Judge: Lawrence K. Karlton
   _____ )
17

18       It is hereby stipulated between the parties, Mary M. French,

19 attorney for the defendant, and R. Steven Lapham, Assistant United

20 States Attorney, attorney for the plaintiff, that the status conference

21 hearing date of December 5, 2006, be vacated and a status conference

22 hearing date of January 9, 2007, at 9:30 a.m. be set.

23       This continuance is requested because counsel for defendant is in

24 the process of on-going investigation, including requesting and

25 reviewing defendant's medical and criminal history records, conducting

26 interviews, and researching guideline issues and other matters relevant

27 to this case.

28       It is further stipulated that the period from December 5, 2006,

through and including January 9, 2007, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

                                    Respectfully submitted,

Dated: December 1, 2006

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Mary M. French
                                    _____
                                    MARY M. FRENCH
                                    Supervising Assistant
                                    Federal Defender
                                    Attorney for Defendant
                                    THOMAS DRUMM

Dated: December 1, 2006          MCGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Mary M. French for
                                    _____
                                    R. STEVEN LAPHAM
                                    Assistant U.S. Attorney
                                    per telephonic authorization

                                                **ORDER**

**IT IS SO ORDERED.**

Dated: December 1, 2006

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT