```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    THOMAS DRUMM
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )  No. CR-S-06-0379 LKK
                                   )
13                 Plaintiff,      )  ORDER RE:
                                   )  DEFENDANT'S WAIVER OF APPEARANCE
14       v.                        )
                                   )  Judge:   Honorable Lawrence K.
15  THOMAS DRUMM,                  )           Karlton
                                   )
16                 Defendant.      )
    _____)
17
```

18       Pursuant to Fed.R.Crim.P. 43, defendant, THOMAS DRUMM, hereby
19  waives the right to be present in person in open court upon the hearing
20  of any motion or other proceeding in this case, including, but not
21  limited to, further arraignments, entries of plea and status
22  conferences.
23       The defendant agrees that his interest will be deemed represented
24  at all times by the presence of his attorney, the same as if the
25  defendant were personally present.
26       The defendant further acknowledges that he has been informed of
27  his rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act)
28  and authorizes his attorney to set times and dates under that Act

1  without his personal presence.
2  Dated: December 26, 2006

4                                            /s/ Thomas Drumm
                                             THOMAS DRUMM
5                                            (Original retained by attorney)

7      I concur in Mr. Drumm's decision to waive his presence at future
8  proceedings.

10 Dated:  December 26, 2006            Respectfully submitted,
11                                      DANIEL J. BRODERICK
                                        Federal Defender

14                                         /s/ Mary M. French
                                        MARY M. FRENCH
                                        Supervising Assistant
15                                      Federal Defender
                                        Attorney for Defendant
16                                      THOMAS DRUMM

19 IT IS SO ORDERED.
20 Dated: January 4, 2007

22                                      _____
                                        LAWRENCE K. KARLTON
23                                      SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT