DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
THOMAS DRUMM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-0379 LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | STATUS CONFERENCE |
| v. ) | |
| ) | |
| THOMAS DRUMM, ) | Date:  March 6, 2007 |
| ) | Time:  9:30 a.m. |
| Defendant. ) | Judge: Lawrence K. Karlton |
| _____ ) | |

    It is hereby stipulated between the parties, Mary M. French, attorney for the defendant, and R. Steven Lapham, Assistant United States Attorney, attorney for the plaintiff, that the status conference hearing date of February 22, 2007, be vacated and a status conference hearing date of March 6, 2007, at 9:30 a.m. be set.

    This continuance is requested because counsel for defendant is in the process of on-going investigation, including requesting and reviewing defendant's medical and criminal history records, conducting interviews, and researching guideline issues and other matters relevant to this case.  In addition, the defendant's mental state is in issue.

    It is further stipulated that the period from February 22, 2007,

through and including March 6, 2007, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

                                        Respectfully submitted,

Dated: February 20, 2007

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Mary M. French
                                        _____
                                        MARY M. FRENCH
                                        Supervising Assistant
                                        Federal Defender
                                        Attorney for Defendant
                                        THOMAS DRUMM

Dated: February 20, 2007        MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Mary M. French for
                                        _____
                                        R. STEVEN LAPHAM
                                        Assistant U.S. Attorney
                                        per telephonic authorization

                                                   **ORDER**

**IT IS SO ORDERED.**

Dated: February 21, 2007

                                        _____
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT