```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    THOMAS DRUMM
 7
 8
 9              IN THE UNITED STATES DISTRICT COURT
10             FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,   ) No. CR-S-06-0379 LKK
                                )
13             Plaintiff,       ) STIPULATION AND ORDER CONTINUING
                                ) STATUS CONFERENCE
14      v.                      )
                                )
15  THOMAS DRUMM,               ) Date:  April 3, 2007
                                ) Time:  9:30 a.m.
16             Defendant.       ) Judge: Lawrence K. Karlton
    _____ )
17
```

18       It is hereby stipulated between the parties, Mary M. French,

19  attorney for the defendant, and R. Steven Lapham, Assistant United

20  States Attorney, attorney for the plaintiff, that the status conference

21  hearing date of March 20, 2007, be vacated and a status conference

22  hearing date of April 3, 2007, at 9:30 a.m. be set.

23       This continuance is requested because counsel for defendant is in

24  the process of on-going investigation, including requesting and

25  reviewing defendant's medical and criminal history records, conducting

26  interviews, and researching guideline issues and other matters relevant

27  to this case.  In addition, the defendant's mental state is in issue.

28       It is further stipulated that the period from March 20, 2007,

1  through and including April 3, 2007, should be excluded pursuant to 18
2  U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
3  counsel and defense preparation.

                                        Respectfully submitted,

Dated: March 16, 2007

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Mary M. French
                                        _____
                                        MARY M. FRENCH
                                        Supervising Assistant
                                        Federal Defender
                                        Attorney for Defendant
                                        THOMAS DRUMM


Dated: March 16, 2007                   MCGREGOR W. SCOTT
                                        United States Attorney


                                        /s/ Mary M. French for
                                        _____
                                        R. STEVEN LAPHAM
                                        Assistant U.S. Attorney
                                        per telephonic authorization


                                    **ORDER**

**IT IS SO ORDERED.**

Dated: March 19, 2007

                                        _____
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

Stip and Order/Drumm                    2