```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
THOMAS DRUMM
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO.  CR-S-06-379 LKK |
| Plaintiff, ) | |
| ) | |
| v. ) | MOTION FOR ORDER DIRECTING THE |
| ) | FILING OF PSYCHOLOGICAL REPORT |
| THOMAS DRUMM, ) | UNDER SEAL AND ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

    Defendant, THOMAS DRUMM, by his court-appointed attorney, Mary M. French, Supervising Assistant Federal Defender, hereby moves for an order permitting counsel to file a psychological evaluation of defendant conducted by defendant's expert consultant under seal.

    The psychological evaluation contains private material concerning Mr. Drumm's mental state and medical condition and should not be filed in the public record.

//

//

Dated: April 2, 2007

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Mary M. French
                                          _____
                                          MARY M. FRENCH
                                          Supervising Assistant
                                          Federal Defender
                                          Attorney for Defendant
                                          THOMAS DRUMM

## **O R D E R**

Permission to file the requested document under seal is hereby granted.

IT IS SO ORDERED.

Dated: April 2, 2007

                                          _____
                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT