DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
THOMAS DRUMM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-06-0379 LKK |
| Plaintiff, | ORDER AFTER HEARING |
| v. | |
| THOMAS DRUMM, | |
| Defendant. | |

This matter came on for Status Conference on May 1, 2007, in the courtroom of the Honorable Lawrence K. Karlton. Assistant United States Attorney Mary Grad (for Steven Lapham) appeared on behalf of plaintiff the United States of America. Supervising Assistant Federal Defender Mary M. French appeared on behalf of defendant THOMAS DRUMM, whose waiver of appearance is on file. After hearing from the parties, a further status conference was set for May 30, 2007, at 9:30 a.m.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from May 1, 2007, up to and including May 30, 2007.

1      Good cause appearing therefor,

2      IT IS ORDERED that a further status conference in this matter will
3 be held on May 30, 2007, at 9:30 a.m.

4      IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
5 (iv) and Local Code T4, the period from May 1, 2007, up to and
6 including May 30, 2007, is excluded from the time computations required
7 by the Speedy Trial Act due to ongoing preparation of counsel.

Dated:  May 10, 2007

```
                                _____
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
```