DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
THOMAS DRUMM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                )<br>            Plaintiff,          )<br>                                )<br>     v.                         )<br>                                )<br>THOMAS DRUMM,                   )<br>                                )<br>            Defendant.          )<br>_____) | No. CR-S-06-0379 LKK<br><br>STIPULATION AND ORDER CONTINUING<br>STATUS CONFERENCE<br><br><br>Date:  July 24, 2007<br>Time:  9:30 a.m.<br>Judge: Lawrence K. Karlton |

    It is hereby stipulated between the parties, Mary M. French, attorney for the defendant, and R. Steven Lapham, Assistant United States Attorney, attorney for the plaintiff, that the status conference hearing date of June 5, 2007, be vacated and a status conference hearing date of July 24, 2007, at 9:30 a.m. be set.

    A psychologist has found that Mr. Drumm is developmentally disabled. This finding is consistent with past reports and findings regarding Mr. Drumm. The psychologist has also opined that Mr. Drumm is incompetent to stand trial and that it is unlikely that he can be restored to competency. This finding is also consistent with previous findings. Several years ago, Mr. Drumm was found incompetent in a

state proceeding and he went through multiple unsuccessful efforts at competency restoration.

Undersigned counsel was informed by the Far Northern Regional Center which has been providing support services to Mr. Drumm for a long time, that it will be necessary to have a hearing under Cal. Welfare and Institutions Code section 4418.7 regarding an appropriate placement for Mr. Drumm under the Lanterman Developmental Disabilities Act, which covers Mr. Drumm as a person with a developmental disability. In addition, undersigned counsel has found an agency that is willing to provide one-on-one supervision over Mr. Drumm under the Lanterman Act on a 24 hour-a-day, 7 day-a-week basis. This agency is currently assessing Mr. Drumm's case and preparing a written proposal for services which will assure the safety of the community and Mr. Drumm.

Accordingly, counsel requests additional time to find an appropriate placement for Mr. Drumm under the Lanterman Act.

It is further stipulated that the period from June 5, 2007, through and including July 24, 2007, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Respectfully submitted,

Dated: June 1, 2007

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
THOMAS DRUMM

Stip and Order/Drumm                    2

```
Dated: June 1, 2007                 MCGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Mary M. French for
                                    _____
                                    R. STEVEN LAPHAM
                                    Assistant U.S. Attorney
                                    per telephonic authorization


                              ORDER


IT IS SO ORDERED.


Dated: June 1, 2007

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```