1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6  Attorney for Defendant
   THOMAS DRUMM

7

8

9            IN THE UNITED STATES DISTRICT COURT

10        FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )  No. CR-S-06-0379 LKK
                                   )
13                  Plaintiff,     )  STIPULATION AND ORDER CONTINUING
                                   )  STATUS CONFERENCE
14       v.                        )
                                   )
15  THOMAS DRUMM,                  )  Date:  August 7, 2007
                                   )  Time:  9:30 a.m.
16                  Defendant.     )  Judge:  Lawrence K. Karlton
    _____)

17

18        It is hereby stipulated between the parties, Mary M. French,

19  attorney for the defendant, and R. Steven Lapham, Assistant United

20  States Attorney, attorney for the plaintiff, that the status conference

21  hearing date of July 31, 2007, be vacated and a status conference

22  hearing date of August 7, 2007, at 9:30 a.m. be set.

23        Counsel for defendant requests this additional time to continue

24  to search for appropriate placement for Mr. Drumm under the Lanterman

25  Act and the parties continue to work on an acceptable resolution to

26  this matter.

27        It is further stipulated that the period from July 31, 2007,

28  through and including August 7, 2007, should be excluded pursuant to 18

1  U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

2  counsel and defense preparation.

3                                    Respectfully submitted,

4  Dated: July 27, 2007

5                                    DANIEL J. BRODERICK
                                     Federal Defender
6
                                     /s/ Mary M. French
7                                    _____
                                     MARY M. FRENCH
8                                    Supervising Assistant
                                     Federal Defender
9                                    Attorney for Defendant
                                     THOMAS DRUMM
10

11
   Dated: July 27, 2007             MCGREGOR W. SCOTT
12                                   United States Attorney

13
                                     /s/ Mary M. French for
14                                   _____
                                     R. STEVEN LAPHAM
15                                   Assistant U.S. Attorney
                                     per telephonic authorization
16

17                                   **ORDER**

18
   **IT IS SO ORDERED.**
19

20 Dated: July 30, 2007

21                                   _____
                                     LAWRENCE K. KARLTON
22                                   SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT
23

24

25

26

27

28

   Stip and Order/Drumm                    2