DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
THOMAS DRUMM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-06-0379 LKK |
| Plaintiff, | ORDER AFTER HEARING |
| v. | |
| THOMAS DRUMM, | |
| Defendant. | |

This matter came on for Status Conference on August 7, 2007, in the courtroom of the Honorable Lawrence K. Karlton.  Assistant United States Attorney Jason Hitt (for Steven Lapham) appeared on behalf of plaintiff the United States of America.  Supervising Assistant Federal Defender Mary M. French appeared on behalf of defendant THOMAS DRUMM, who was in custody and present.  After hearing from the parties, a further status conference was set for September 5, 2007, at 9:30 a.m. in Courtroom 4.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from August 7, 2007, up

1  to and including September 5, 2007.
2       Good cause appearing therefor,
3       IT IS ORDERED that a further status conference in this matter will
4  be held on September 5, 2007, at 9:30 a.m. in Courtroom 4.
5       IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
6  (iv) and Local Code T4, the period from August 7, 2007, up to and
7  including September 5, 2007, is excluded from the time computations
8  required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated:   August 9, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT