DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
THOMAS DRUMM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )     | No. CR-S-06-0379 LKK |
| )                                 |  |
| Plaintiff,    )                   | **STIPULATION AND ORDER CONTINUING** |
| )                                 | **STATUS CONFERENCE AND RELEASING** |
| v.         )                      | **DEFENDANT** |
| )                                 |  |
| THOMAS DRUMM,                 )   |  |
| )                                 | Date:  October 2, 2007 |
| Defendant.    )                   | Time:  9:30 a.m. |
| _____ )   | Judge: Lawrence K. Karlton |

It is hereby stipulated between the parties, Mary M. French, attorney for the defendant, and R. Steven Lapham, Assistant United States Attorney, attorney for the plaintiff, that the status conference hearing date of September 5, 2007, be vacated and a status conference hearing date of October 2, 2007, at 9:30 a.m. be set.

The parties also stipulate and agree to Mr. Drumm's pretrial release on this federal case based on the fact that on August 21, 2007, the defendant was ordered temporarily committed to the custody of the California State Department of Developmental Services for placement with Valley Care Service's Denton facility, pursuant to California Welfare and Institutions Code, Sections 6500 et. seq.  The temporary

1   commitment is preliminary to a full hearing on the Petition for
2   Commitment filed by Shasta County currently scheduled for September 25,
3   2007.  It is anticipated that the instant federal charges will be
4   dismissed without prejudice prior to the next court date of October 2,
5   2007, so long as the state court places Mr. Drumm in the Denton
6   facility when the matter is heard in state court on September 25, 2007.

7        According to Jeff Kellar, a representative of Far Northern
8   Regional Center, the Denton facility is a level 4-I facility, the most
9   secure placement in a community setting.  The facility has alarmed
10  doors and windows and awake staff 24 hours a day.  Mr. Drumm will
11  receive assistance with accessing a day (vocational) program, and
12  counseling funded by Far Northern Regional Center.  The Denton facility
13  is located in a residential neighborhood, close to all services in
14  Redding.  Mr. Drumm will receive 24 hour a day line of sight
15  supervision and will be afforded community outings which will be
16  supervised.

17       Pursuant to the parties' agreement for release of Mr. Drumm, a
18  representative of Valley Care Services, Denton facility, is prepared to
19  take custody of the defendant at approximately 1:00 p.m. on September
20  5, 2007.  Therefore, the parties request that the Court issue an order
21  instructing that Mr. Drumm be brought to the federal courthouse the
22  United States Marshal to release the defendant to the custody of Mr.
23  Ramone Rodriguez, or other authorized representative of Valley Care
24  Services, on or about that date and time.

25       It is further stipulated that the period from September 5, 2007,
26  through and including October 2, 2007, should be excluded pursuant to
27  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
28  counsel and defense preparation.

Stip and Order/Drumm                    2

```
                                        Respectfully submitted,

Dated: August 31, 2007

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Mary M. French
                                        _____
                                        MARY M. FRENCH
                                        Supervising Assistant
                                        Federal Defender
                                        Attorney for Defendant
                                        THOMAS DRUMM


Dated:  August 31, 2007                 MCGREGOR W. SCOTT
                                        United States Attorney


                                        /s/ Mary M. French for
                                        _____
                                        R. STEVEN LAPHAM
                                        Assistant U.S. Attorney
                                        per telephonic authorization
```

**ORDER**

Based on the stipulation of the parties and good cause appearing, the Court hereby vacates the status conference currently scheduled for September 5, 2007, and sets a status conference for October 2, 2007. The Court finds that the failure to grant a continuance in this case would deny defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial and time is excluded from September 5, 2007 through October 2, 2007.  Therefore, based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties as its order.

**It is further ordered** that the defendant is to be brought from the

1  Sacramento County Jail to the U.S. Marshal's lockup in the federal
2  courthouse on Wednesday, September 5, 2007, and the U.S. Marshal is
3  hereby ordered to release the defendant to the custody of a
4  representative of Valley Care Services, Denton facility, on September
5  5, 2007, at 1:00 p.m.  The defendant shall comply with all rules and
6  regulations of the Denton facility.
7  Dated: September 4, 2007

```
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```