McGREGOR W. SCOTT
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2724

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                )<br>              Plaintiff,        )<br>                                )<br>    v.                          )<br>                                )<br>THOMAS DRUMM,                   )<br>                                )<br>              Defendant.        )<br>_____) | CR. NO. S-06-0379 LKK<br><br>GOVERNMENT'S MOTION TO<br>DISMISS INDICTMENT<br>WITHOUT PREJUDICE |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States respectfully moves this court for an order dismissing without prejudice the above-captioned indictment filed on September 14, 2006.

This motion is based on the fact that on September 28, 2007, the defendant was ordered committed to the custody of the California State Department of Developmental Services for placement with Valley Care Service's Denton facility, pursuant to California Welfare and Institutions Code, Sections 6500 et. seq. The order was based on a judicial finding that the defendant is a mentally retarded person who is a danger to himself and others.

////

////

////

1

1  The order is for a commitment of one year and may be extended if
2  the defendant continues to pose a danger to himself or others.
3  DATED: October 22, 2007
4                                      McGREGOR W. SCOTT
                                       United States Attorney
5
6                                      By: s/R. Steven Lapham
                                       R. STEVEN LAPHAM
7                                      Assistant U.S. Attorney
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McGREGOR W. SCOTT
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2724

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>THOMAS DRUMM,<br><br>        Defendant. | CR. NO. 06-0379 LKK<br><br>ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE |

Based on the government's motion to dismiss the above-captioned indictment against THOMAS DRUMM due to his court-ordered commitment pursuant to California Welfare and Institutions Code, Sections 6500 et seq.,

IT IS HEREBY ORDERED that the above-captioned Indictment be and hereby is dismissed without prejudice.

DATED: October 22, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT